M. P. No. 79-104. HARRY B. CASEY *et ux. v.* LOUISE M.

VANDERBILT. The petition for writ of certiorari is denied. *Paul E. Burke,* for plaintiffs-respondents. *Sheffield & Harvey, Richard B. Sheffield,* for defendant-petitioner.

